**Copyrights-In-Suit for IP Address 73.77.111.250**

**ISP:** Comcast Cable
**Location:** Houston, TX

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sex For Three By The Sea | PA0002078047 | 07/29/2017 | 08/30/2017 | 05/03/2018 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 06/04/2017 |
| Horsing Around | PA0001995502 | 01/18/2016 | 02/18/2016 | 06/03/2017 |
| The Artiste | PA0002020180 | 05/28/2016 | 06/27/2016 | 06/19/2016 |
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 05/20/2016 |

**Total Malibu Media, LLC Copyrights Infringed:  5**

EXHIBIT B

STX174